1
2
3
4
5
6
7
8                       UNITED STATES DISTRICT COURT
9                      EASTERN DISTRICT OF CALIFORNIA
10
11  OMBOLI INTERIORS, INC.,          No. 2:11-cv-02563-MCE-DAD
12           Plaintiff,
13      v.                           ORDER CONTINUING TRIAL
14  STRONGHOLD ENGINEERING, INC.,
    ET AL.,
15
             Defendant.
16  _____/

YOU ARE HEREBY NOTIFIED the October 21, 2013 jury trial is vacated and continued to **March 31, 2014**, at **9:00 a.m.** in Courtroom 7. The parties shall file trial briefs not later than **January 23, 2014**. Counsel are directed to Local Rule 285 regarding the content of trial briefs.

Accordingly, the August 22, 2013 Final Pretrial Conference is vacated and continued to **February 6, 2014**, at **2:00 p.m.** in Courtroom 7. The Joint Final Pretrial Statement is due not later than **January 16, 2014** and shall comply with the procedures outlined in the Court's March 27, 2012 Pretrial Scheduling Order. The personal appearances of the trial attorneys or person(s) in pro se is mandatory for the Final Pretrial Conference.

1

Telephonic appearances for this hearing are not permitted.

Any evidentiary or procedural motions are to be filed by **January 16, 2014**. Oppositions must be filed by **January 23, 2014** and any reply must be filed by **January 30, 2014**. The motions will be heard by the Court at the same time as the Final Pretrial Conference.

All other due dates set forth in the Court's Pretrial Scheduling Order are confirmed.

IT IS SO ORDERED.

Dated: October 31, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2