1  DOWNEY BRAND LLP
   MATTHEW J. WEBER (Bar No. 227314)
2  JENNIFER L. WILLIAMS (Bar No. 261037)
   3425 Brookside Road, Suite A
3  Stockton, CA  95219-1757
   Telephone: (209) 473-6450
4  Facsimile: (209) 473-6455
   mweber@downeybrand.com
5  jwilliams@downeybrand.com

6  Attorneys for Plaintiff/Counter-Defendant
   OMBOLI INTERIORS, INC.
7
   PAYNE & FEARS LLP
8  DANIEL L. RASMUSSEN (Bar No. 120276)
   4 Park Plaza, Suite 1100
9  Irvine, CA 92614
   Telephone: (949) 851-1100
10 Facsimile: (949) 851-1212
   dlr@paynefears.com
11
   Attorney for Defendants/Counter-Claimants
12 STRONGHOLD ENGINEERING, INC.,
   and SAFECO INSURANCE COMPANY
13 OF AMERICA

14

15             UNITED STATES DISTRICT COURT

16             EASTERN DISTRICT OF CALIFORNIA

17                  SACRAMENTO DIVISION

18

19 UNITED STATES, For the Use of          Case No.  2:11-CV-02563-MCE-DAD
   OMBOLI INTERIORS, INC., a Nevada
20 corporation,                           **ORDER MODIFYING PRETRIAL
                                          SCHEDULING ORDER AND AMENDED
21                Plaintiff,              PRETRIAL SCHEDULING ORDER**

22          v.

23 STRONGHOLD ENGINEERING, INC., a
   California corporation, and SAFECO
24 INSURANCE COMPANY, a corporation,
   and DOES 1 through 10, inclusive,
25
                  Defendants.
26

27 AND RELATED COUNTER-CLAIMS.

28

1292178.1                          1

ORDER MODIFYING PRETRIAL SCHEDULING ORDER AND AMENDED PRETRIAL SCHEDULING ORDER

1

**ORDER**

2          The parties having so stipulated, and good cause appearing therefore, IT IS HEREBY

3   ORDERED that the deadline to complete all discovery, except expert discovery, is continued

4   from December 21, 2012, to **January 31, 2013**.  All other deadlines set forth in the Court's

5   Pretrial Scheduling Order and Amended Pretrial Scheduling Order are confirmed.

6          IT IS SO ORDERED.

7   Dated:  December 19, 2012

8   _____

9          MORRISON C. ENGLAND, JR., CHIEF JUDGE
           UNITED STATES DISTRICT COURT

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28