1  DOWNEY BRAND LLP
   MATTHEW J. WEBER (Bar No. 227314)
2  JENNIFER L. WILLIAMS (Bar No. 261037)
   3425 Brookside Road, Suite A
3  Stockton, CA  95219-1757
   Telephone: (209) 473-6450
4  Facsimile: (209) 473-6455
   mweber@downeybrand.com
5  jwilliams@downeybrand.com

6  Attorneys for Plaintiff/Counter-Defendant
   OMBOLI INTERIORS, INC.
7
   PAYNE & FEARS LLP
8  DANIEL L. RASMUSSEN (Bar No. 120276)
   4 Park Plaza, Suite 1100
9  Irvine, CA 92614
   Telephone: (949) 851-1100
10 Facsimile: (949) 851-1212
   dlr@paynefears.com
11
   Attorney for Defendants/Counter-Claimants
12 STRONGHOLD ENGINEERING, INC.,
   and SAFECO INSURANCE COMPANY
13 OF AMERICA

14

15                     UNITED STATES DISTRICT COURT

16                     EASTERN DISTRICT OF CALIFORNIA

17                          SACRAMENTO DIVISION

18

19 | UNITED STATES, For the Use of          | Case No.  2:11-CV-02563-MCE-DAD
20 | OMBOLI INTERIORS, INC., a Nevada corporation, | **STIPULATION OF DISMISSAL AND ORDER**
21 |             Plaintiff,                  |
22 |        v.                               |
23 | STRONGHOLD ENGINEERING, INC., a         |
24 | California corporation, and SAFECO INSURANCE COMPANY, a corporation, and DOES 1 through 10, inclusive, |
25 |                                         |
26 |             Defendants.                 |
27 | AND RELATED COUNTER-CLAIMS.             |

28

**RECITALS**

A.  On September 29, 2011, OMBOLI INTERIORS, INC., filed a lawsuit against STRONGHOLD ENGINEERING, INC., and SAFECO INSURANCE COMPANY in the United States District Court for the Eastern District of California, 2:11-cv-02563-MCE-DAD (the "Action").  In the Action, OMBOLI INTERIORS, INC., sought recovery from STRONGHOLD ENGINEERING, INC., for breach of contract and common counts.  OMBOLI INTERIORS, INC., also sought to recover form SAFECO INSURANCE COMPANY on a Miller Act claim. STONGHOLD ENGINEERING, INC., denied any liability for the acts alleged in the Action and filed a Counterclaim in the Action against OMBOLI INTERIORS, INC., seeking, among other things, to recover from OMBOLI INTERIORS, INC., for alleged damages it claimed it suffered as a result of OMBOLI INTERIORS, INC.'s alleged delay of the project. OMBOLI INTERIORS, INC., denied STRONGHOLD ENGINEERING, INC.'s allegations.

B.  On or about December 17, 2012, the parties entered into a settlement which constituted a full and final compromise and settlement of the Action and the Counterclaim.

**STIPULATION**

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective attorneys of record, that:

1.  The Action and Counterclaim be, and hereby are, dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

*SIGNATURES ON FOLLOWING PAGE*

///

///

1 | DATED:  January 11, 2013        DOWNEY BRAND LLP

2

3 | By:         /s/  Matthew J. Weber
MATTHEW J. WEBER
4 | Attorney for Plaintiff/Counter-Defendant
OMBOLI INTERIORS, INC.
5

6
DATED:  January 11, 2013        PAYNE FEARS LLP
7

8
By: /s/  Daniel L. Rasmussen (as authorized on 12/18/2012)
9 | DANIEL L. RASMUSSEN
Attorney for Defendants/Counter-Claimants
10 | STRONGHOLD ENGINEERING, INC.,
and SAFECO INSURANCE COMPANY
11 | OF AMERICA

12

13 | **ORDER**

14 | IT IS SO ORDERED.

15
Dated:  January 22, 2013
16

17 | _____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
18 | UNITED STATES DISTRICT COURT

1294112.2                         3

STIPULATION OF DISMISSAL AND ORDER