DOWNEY BRAND LLP
MATTHEW J. WEBER (Bar No. 227314)
JENNIFER L. WILLIAMS (Bar No. 261037)
3425 Brookside Road, Suite A
Stockton, CA  95219-1757
Telephone: (209) 473-6450
Facsimile: (209) 473-6455
mweber@downeybrand.com
jwilliams@downeybrand.com

Attorneys for Plaintiff/Counter-Defendant
OMBOLI INTERIORS, INC.

PAYNE & FEARS LLP
DANIEL L. RASMUSSEN (Bar No. 120276)
4 Park Plaza, Suite 1100
Irvine, CA 92614
Telephone: (949) 851-1100
Facsimile: (949) 851-1212
dlr@paynefears.com

Attorney for Defendants/Counter-Claimants
STRONGHOLD ENGINEERING, INC.,
and SAFECO INSURANCE COMPANY
OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES, For the Use of OMBOLI INTERIORS, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>STRONGHOLD ENGINEERING, INC., a California corporation, and SAFECO INSURANCE COMPANY, a corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.  2:11-CV-02563-MCE-DAD<br><br>**STIPULATION OF DISMISSAL AND ORDER** |
| AND RELATED COUNTER-CLAIMS. | |

**RECITALS**

A.     On September 29, 2011, OMBOLI INTERIORS, INC., filed a lawsuit against STRONGHOLD ENGINEERING, INC., and SAFECO INSURANCE COMPANY in the United States District Court for the Eastern District of California, 2:11-cv-02563-MCE-DAD (the "Action").  In the Action, OMBOLI INTERIORS, INC., sought recovery from STRONGHOLD ENGINEERING, INC., for breach of contract and common counts.  OMBOLI INTERIORS, INC., also sought to recover form SAFECO INSURANCE COMPANY on a Miller Act claim.  STONGHOLD ENGINEERING, INC., denied any liability for the acts alleged in the Action and filed a Counterclaim in the Action against OMBOLI INTERIORS, INC., seeking, among other things, to recover from OMBOLI INTERIORS, INC., for alleged damages it claimed it suffered as a result of OMBOLI INTERIORS, INC.'s alleged delay of the project. OMBOLI INTERIORS, INC., denied STRONGHOLD ENGINEERING, INC.'s allegations.

B.     On or about December 17, 2012, the parties entered into a settlement which constituted a full and final compromise and settlement of the Action and the Counterclaim.

**STIPULATION**

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective attorneys of record, that:

1.     The Action and Counterclaim be, and hereby are, dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

*SIGNATURES ON FOLLOWING PAGE*

///

///

| | | |
|---|---|---|
| 1 | DATED:  January 11, 2013 | DOWNEY BRAND LLP |

By: _____/s/  Matthew J. Weber_____
MATTHEW J. WEBER
Attorney for Plaintiff/Counter-Defendant
OMBOLI INTERIORS, INC.

DATED:  January 11, 2013    PAYNE FEARS LLP

By: /s/  Daniel L. Rasmussen (as authorized on 12/18/2012)
DANIEL L. RASMUSSEN
Attorney for Defendants/Counter-Claimants
STRONGHOLD ENGINEERING, INC.,
and SAFECO INSURANCE COMPANY
OF AMERICA

**ORDER**

IT IS SO ORDERED.

Dated:  January 22, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

1294112.2

3

STIPULATION OF DISMISSAL AND ORDER